# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOD M. SPARKS, II, <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR COURT OF DANBURY, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-02177 <br><br> (MEHALCHICK, M.J.) |

## ORDER

On December 29, 2021, *pro se* Plaintiff Tod M. Sparks, II ("Sparks"), initiated this civil rights action by filing a complaint and a motion for leave to proceed *in forma pauperis* in the United States District Court for the Middle District of Pennsylvania.[1] (Doc. 1; Doc. 2). In his complaint, Sparks alleges that Defendants Danbury County Courthouse, Judges, Court Clerks, and Police (collectively, "Defendants") have permitted Diana Clarke ("Clarke") to stalk and sexually harass him. (Doc. 1, at 1-2). At the time of filing, Sparks resided in Hazleton, Pennsylvania. (Doc. 1, at 1). On February 24, 2022, having conducted the statutorily-mandated screening of Sparks' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court found that it lacks jurisdiction to hear Sparks' claims and that Sparks failed to state a claim upon which relief may be granted, and granted Sparks leave to file an amended complaint on or before March 28, 2022. (Doc. 7; Doc. 8). On June 21, 2022, Sparks filed a motion for leave to file an amended complaint, as well as a proposed amended complaint, which appears to allege a conspiracy involving the Superior Court of Danbury County,

---

[1] The Court granted Sparks' motion for leave to proceed *in forma pauperis* on February 24, 2022. (Doc. 6).

- 2 -

Connecticut. (Doc. 9). Furthermore, in that filing, Sparks requested that all correspondence be sent to an address in Danbury County, Connecticut. (Doc. 9, at 2).

Danbury County is located within the United States District Court for the District of Connecticut. 28 U.S.C. § 86. As such, none of the events described in the proposed amended complaint appear to have any connection to this federal judicial district, the Middle District of Pennsylvania. (Doc. 9-1). Based upon the Court's review of the facts alleged in the amended complaint, it is clear that "a substantial part of the events or omissions giving rise to the [Plaintiff's] claim[s] occurred" within the District of Connecticut. *See* 28 U.S.C. § 1391(b)(2). Therefore, it is in the interest of justice to transfer this action to the United States District Court for the District of Connecticut. *See* 28 U.S.C. § 1406(a).

Based on the foregoing, it is **ORDERED** that this case be transferred to the United States District Court for the District of Connecticut for further proceedings, including disposition of all pending motions.

BY THE COURT:

Dated: July 6, 2022

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**